## Commonwealth *v.* Reininger, Appellant.

718

Submitted September 13, 1971. *Edward L. Willard*, Public Defender, for appellant; *Charles C. Brown, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.